# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0597. COREECE L. BRIDGES v. THE STATE.**

In 2009, Coreece L. Bridges was convicted of hijacking a motor vehicle, two counts of armed robbery, two counts of aggravated assault with intent to rob, and possession of a firearm during commission of a felony. Bridges's conviction was affirmed on direct appeal in an unpublished opinion. See *Bridges v. State*, Case No. A16A1358 (Nov. 15, 2016). In 2020, Bridges filed an extraordinary motion for new trial, which the trial court denied on September 14, 2021. Bridges filed a notice of appeal therefrom. We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by discretionary application. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/10/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*